IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                                                                                                             NO. 4:24-CR-59

TERRANCE HALL

**ORDER**

On July 6, 2024, Terrance Hall moved to continue the July 22 trial date and related pretrial deadlines. Doc. #18. As cause, Hall represents that his counsel has been unable to investigate and complete an adequate review of an abundance of discovery material received from the government. *Id.* at PageID 31. Hall also represents that the government has no objection to the relief requested. *Id*.

Because the Court concludes that the ends of justice served by continuing trial—to allow Hall and his counsel sufficient time to review and investigate discovery material—outweigh the best interest of the public and Hall in a speedy trial, the motion to continue [18] is **GRANTED**.

Trial is continued to **Monday, August 26, 2024**; the plea agreement deadline and the motions-in-limine deadline both are August 5, 2024; the dispositive motions deadline is July 29, 2024; and the non-dispositive motions deadline is July 22, 2024.[1] The delay from this date until the commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED**, this 8th day of July, 2024.

                                                                     /s/Debra M. Brown
                                                                     **UNITED STATES DISTRICT JUDGE**

---

[1] At the time Hall filed the motion to continue, the respective deadlines for dispositive motions and non-dispositive motions had expired. *See* Doc. #14 at 1. The Court extended these expired deadlines since this is the first time Hall requested their modification. Any future request to modify any expired pretrial deadline must include the requisite showing to be granted. *See* Fed. R. Crim. P. 45(b)(1)(B); *see also* Fed. R. Crim. P. 12(c)(3).