**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                                                       **NO. 4:24-CR-59**

**TERRANCE HALL**

### ORDER

On or about March 17, 2026, Terrance Hall filed a document titled "Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. §2255." Doc. #48. Because Hall did not use the Court's standard § 2255 form—which form facilitates the expeditious administration of § 2255 cases—Hall is directed to complete and return the enclosed § 2255 form no later than April 13, 2026.[1] If Hall fails to complete and return the enclosed § 2255 form by the deadline set in this order, this case will be dismissed without prejudice.

**SO ORDERED**, this 23rd day of March, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] If Hall completes and returns the § 2255 form, it will be docketed as his § 2255 amended motion.